IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAMIEN LEE,<br><br>              Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTIONS, Official capacity; and L. T. DUNNING, Individual capacity;<br><br>              Defendants. | 8:22CV426<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the Court on its own motion. On December 13, 2022, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. See Filing No. 4. Plaintiff has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

       IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this order to the Douglas County Department of Corrections and to the Plaintiff's last know home address: 730 Harmony St, Council Bluffs, IA 51503.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **February 17, 2023**: check for address.

Dated this 18th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge